NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL T. FALGOUST,           )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D17-1834
                               )
U.S. BANK NATIONAL ASSOCIATION, )
                               )
          Appellee.            )
_____ )


Opinion filed March 27, 2019.

Appeal from the Circuit Court for Pinellas
County; Thomas H. Minkoff, Judge.

Michael T. Falgoust, pro se.

Cynthia L. Comras, David Rosenberg,
and Jarrett Cooper of Robertson,
Anschutz & Schneid, P.L., Boca Raton,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.